PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-3526
_____

HENRY ADAMSON,

Appellant

v.

CATHEL, ADMINISTRATOR OF NEW JERSEY STATE
PRISON;
PAULA T. DOW, THE ATTORNEY GENERAL OF THE
STATE OF NEW JERSEY


_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 06-cv-3194)
District Judge:  Hon. Peter G. Sheridan

_____

Argued
October 4, 2010

Before:  SCIRICA, FUENTES and JORDAN, *Circuit
Judges*.

(Filed March 1, 2011)
_____

_____

ORDER AMENDING OPINION

_____

At the direction of the Court,

IT IS HEREBY ORDERED that the Opinion filed in this case March 1, 2011, be amended to remove from footnote 11, which begins on page 24 and continues on page 25 the words "**Error! Main Document Only**".

By the Clerk

/s/ Marcia M. Waldron
Clerk

Dated: March 1, 2011

2